UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL DEJESUS,

    Plaintiff,

-against-

2078 ARTHUR LLC, et al.,

    Defendants.



20-CV-2030 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

In light of the ongoing national public health emergency, the initial case management conference scheduled for **April 27, 2020, at 10:30 a.m.**, will be conducted telephonically. At that time, the parties shall call into the below teleconference:

    Call in number:    888-557-8511
    Access Code:    7746387

Dated: New York, New York
       March 19, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**