# Tilton Beldner LLP

www.tiltonbeldner.com

626 RXR Plaza
Uniondale, NY 11556
Direct Tel.: (516) 262-3602
Fax: (516) 324-3170
jbeldner@tiltonbeldner.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/20

> Application GRANTED. The initial case management conference scheduled for April 27, 2020, is ADJOURNED *sine die.* No later than **seven days after the conclusion of mediation**, the parties shall file a joint letter informing the Court whether the parties resolved the case through mediation and, if not, proposing three dates in the following three weeks for a rescheduled initial case management conference. SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J., April 17, 2020

*Via ECF*

Hon. Judge Barbara Moses
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY, 10007

Re:   *Dejesus v. 2078 Arthur LLC, et al (20-CV-2030)*

**MEMO ENDORSED**

Dear Hon. Judge Moses:

This office is co-counsel in our representation of Defendants in the above referenced matter, and I write to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for April 27, 2020.

By way of background, this action involves claims brought pursuant to the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"). The case was originally filed in Bronx County Supreme Court, and thereafter removed to the Southern District. On March 25, 2020, Defendants filed a letter addressed to District Judge Gardephe requesting a pre-motion conference, in anticipation of a motion to dismiss pursuant to Federal Rule 12(b)(6). In addition, the case was referred to mediation, and a mediator has been assigned to the case from the Southern District. The parties are in the process of scheduling the mediation, and are hopeful that mediation will result in resolution of the case.

In the light of the foregoing, the parties respectfully request that the Initial Pretrial Conference before Your Honor be adjourned to a date that follows the mediation, and/or the disposition of Defendants' motion to dismiss. The parties further request that the deadlines for all pre-conference submissions be likewise adjourned. I have conferred with Mr. Fausto Zapata Jr., Esq., counsel for Plaintiff, and he consents to this request. The is the first request for an adjournment of the Initial Pretrial Conference.

Thank you for your time and consideration regarding this matter.

Very truly yours,

_____/S/_____
Joshua Beldner

CC:    VIA ECF
*Counsel for all parties*