UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL DEJESUS

                Plaintiff,

              - against -

2078 ARTHUR LLC and JOSEPH ISAAC, as a manager of 2078 Arthur LLC,

                Defendants.

**ORDER**

20 Civ. 2030 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The following briefing schedule will apply to Defendants' motion to dismiss:

- Moving papers are due by **November 27, 2020**;
- Opposition papers are due by **December 18, 2020**;
- Any reply is due by **December 28, 2020**.

Dated:  New York, New York
          November 6, 2020

SO ORDERED.

*Paul S. Gardephe*

Paul G. Gardephe
United States District Judge