UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL DEJESUS

        Plaintiff,

- against -

2078 ARTHUR LLC and JOSEPH ISAAC, as a manager of 2078 Arthur LLC,

        Defendants.

**ORDER**

20 Civ. 2030 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The Clerk of Court is directed to strike Defendants' motion to dismiss (Dkt Nos. 29-31) for failure to comply with Rule IV(C) of this Court's Individual Rules of Practice in Civil Cases.

Dated:  New York, New York
        December 2, 2020

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge