

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL DEJESUS,

        Plaintiff,

-against-

2078 ARTHUR LLC, et al.

        Defendants.

1:20-CV-2030 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The telephonic status conference previously scheduled for March 18, 2021, at 10:00 a.m. will instead begin at **11:00 a.m.** that same day, **March 18, 2021.** At that time, the parties shall dial (888) 557-8511 and enter the access code 7746387.

Dated: New York, New York
       February 26, 2021       **SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**